UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| AMEREN UE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 4:09CV494 CDP |
| | ) | |
| FRANK H. PLESCIA, d/b/a | ) | |
| THE FAIR ELECTRICITY RATE | ) | |
| ACTION FUND, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

There has been no activity in this case since the hearing on the motion for a temporary restraining order. I have not heard from Ameren about its intention to schedule a hearing on the motion for preliminary injunction, and the motion for bond is still pending. Further, defendant Plescia was served, also on March 28, 2009, and has not answered or responded to the pending motions.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff must, within **ten (10) days** of this order, inform the court, in writing, whether it intends to go forward with

the motion for a preliminary injunction, and, if not, how it intends to proceed with the prosecution of this case.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 22nd day of May, 2009.