## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | |
|---|---|
| UNION ELECTIRC COMPANY d/b/a ) <br> AMERENUE, a Missouri Corporation ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> FRANK PLESCIA, d/b/a, THE FAIR ) <br> ELECTRICITY RATE ACTION FUND, an ) <br> Individual, ) <br> ) <br> Defendant. ) | Case No. 4:09CV494 CDP |

## NOTICE OF VOLUNTARY DISMISSAL

NOTICE IS HEREBY GIVEN that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff voluntarily dismisses the above-captioned action without prejudice, each side to bear its own costs and attorneys' fees.

Date: May 29, 2009

Respectfully submitted,

SENNIGER POWERS LLP

/s/ Robert M. Evans, Jr.
David W. Harlan, #3322
Robert M. Evans, Jr., # 3078
100 N. Broadway, 17th Floor
St. Louis, Missouri 63102
(314) 345-7000 (phone)
(314) 231-4342 (facsimile)
dharlan@senniger.com
revans@senniger.com

*Attorneys for Plaintiff*